IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:08CR3020 |
| V. | ) | |
| CHARLES KEITH MOSS, | ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

Defendant's arraignment was held before me on February 28, 2008. At the close of the hearing, the defendant by and through his counsel asked that his release order be amended to permit him to work in the Kansas City metropolitan area. The current order restricts his travel to the geographical confines of the Western District of Missouri. The government did not object to this request. Upon consideration of the defendant's motion to amend,

IT IS ORDERED:

1. Paragraph 7(g) of the court's prior order setting conditions of release, (filing 12), is amended as follows:

    Abide by the following restrictions on personal associations, place of abode, or travel: **Travel restricted to the greater metropolitan area of Kansas City, Missouri and Kansas City, Kansas; no overnight employment.**

2. In all other respects, the terms and conditions of the court's order setting conditions of release, filing 12, remain in effect.

DATED this 29th day of February, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge