# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:08CR3020 |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES KEITH MOSS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

David J. Tarrell has filed a motion to withdraw as counsel for defendant, to which the government states they have no objection. Further, the record shows John C. Vanderslice of the Federal Public Defender's Office in Lincoln has now entered an appearance for the defendant.

IT IS ORDERED that David J. Tarrell's motion to withdraw, filing 23, is granted.

DATED this 12th day of March, 2008.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge