IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 4:08CR3020 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES K. MOSS, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on defendant's Motion to Modify Order Setting Conditions of Release, filing 31. The Court, being fully advised in the premises, and noting that the government and Pretrial Services have no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that the February 4, 2008, Order shall be modified to reflect the following:

(7) The defendant shall

(g) Not leave the Western District of Missouri except for travel to Nebraska for court proceedings. The defendant shall be permitted to travel to the District of Kansas for employment purposes. Said work related travel is not to include any overnight stays in Kansas.

All other provisions of the February 4, 2008, Order shall remain in effect.

DATED this 9th day of May, 2008.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge