IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3020 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHARLES MOSS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for an enlargement of time ([filing 41](#)) is granted, as follows:

Plaintiff shall have until July 1, 2008, to object to the magistrate judge's report and recommendation ([filing 40](#)).

June 30, 2008.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge