```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3020 |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES KEITH MOSS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

This matter placed back on the trial docket and trial is set to commence at 9:00 a.m., August 18, 2008 for a duration of three days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 31st day of July, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge