IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3020 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| CHARLES KEITH MOSS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     The government's motion for dismissal (filing 48) is granted.

(2)     The defendant's August 18, 2008 trial is canceled.

August 14, 2008.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge